IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CUMIS INSURANCE SOCIETY, INC.,
an Iowa corporation,                              Case No.: 08-cv-292

            Plaintiff,

vs.

ARNO V. SPONEMAN, AVS ENTERPRISES,
INC., and UNKNOWN OWNER OR OWNERS,

            Defendants.

## DEFAULT JUDGMENT

THIS MATTER COMING TO BE HEARD on the Motion of Plaintiff, Cumis Insurance Society, Inc., an Iowa corporation, for default judgment against the Defendants, this Court having jurisdiction of the parties hereto and the subject matter herein, and having been fully advised in the premises, hereby orders that the Motion is allowed and that default judgment should be, and hereby is, entered against Defendants Arno V. Sponeman, AVS Enterprises, Inc. and Unknown Owner or Owners, and in favor of Plaintiff Cumis Insurance Socieyt, Inc. and award the Plaintiff compensatory damages in the amount of Seventy-two Thousand Six Hundred Forty-four Dollars and Eighty-two Cents ($72,644.82), plus prejudgment interest at the rate of five percent (5%) per annum, plus exemplary damages in the amount of One Hundred Forty-five Thousand Dollars ($145,000.00), for judgment in the total amount of Two Hundred Twenty-eight Thousand Five Hundred Forty-one

Dollars and Fifty-four Cents ($228,541.54), plus costs of suit.

IT IS SO ORDERED.

Date: November 24, 2008

/s/ David R Herndon
Chief Judge
United States District Court